UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 17-3011
_____

FRANK E. ANDREW,
Appellant

v.

TODD BUSKIRK; FRANK LONGENBACH; ROBIN STANLEY
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(E.D. Pa. No. 5-16-cv-03851)
_____

SUR PETITION FOR PANEL REHEARING
_____

Before: GREENAWAY, JR., RESTREPO, and BIBAS, *Circuit Judges*


The petition for rehearing filed by Appellant in the above-entitled case having

been submitted to the judges who participated in the decision of this Court, it is hereby

ORDERED that the petition for rehearing by the panel is GRANTED.  Pursuant to 3d

Cir. I.O.P. 8.3.1, the panel's previous non-precedential opinion and judgment filed

November 19, 2018 are hereby VACATED.  The panel will issue an opinion and

accompanying judgment at a later date.

By the Court,

s/ L. Felipe Restrepo
Circuit Judge

Dated:   January 25, 2019
JK/cc: All Counsel of Record